PLEASE RECEIPT AND RETURN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj8512 | |
| Plaintiff ) | | |
| ) | ORDER | |
| vs. ) | | |
| ) | RELEASING MATERIAL WITNESS | |
| Adrian Tejada-Gardura, et al ) | | |
| ) | Booking No. | |
| Defendant(s) ) | | |

RECEIVED 2008 JUN 24 P 4:08
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Milton Monroy-Perez

DATED: 6/24/08

Louisa S. Porter

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk
   C. PUTTMANN

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082